

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      main: (973) 645-2700
*Newark, NJ 07102*              direct:(973) 297-2019
*jessica.laserna@usdoj.gov*

May 20, 2026

**BY ECF**
Hon. Madeline Cox Arleo
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:  *Valencia Torres v. Blanche, et al.,* **No. 26-cv-05471-MCA**
>      **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's May 18, 2026, Text Order, ECF No. 4, granting Petitioner's release within 24 hours. U.S. Immigration and Customs Enforcement confirmed that it released Petitioner on May 18, 2026, at approximately 1:37 p.m., under the same conditions that existed prior to detention, and with property/funds. We therefore respectfully request that the Court close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  *s/ Jessica M. Laserna*
     JESSICA M. LASERNA
     Assistant United States Attorney
     *Attorneys for Respondents*

cc:   Counsel of record (via *electronic filing*)

Case shall be closed.

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:  5/22/26